PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL T. ROTH, *et al.*, | ) |
| | ) CASE NO. 5:17CV0234 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| CITY OF CANTON, OHIO, *et al.*, | ) |
| | ) |
| Defendants. | ) **ORDER OF DISMISSAL** |

Having filed its Memorandum of Opinion and Order, the Court hereby dismisses the Fourth Amended Class Action Complaint (ECF No. 66).

This Order of Dismissal constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

 March 17, 2020  /s/ Benita Y. Pearson
Date  Benita Y. Pearson
 United States District Judge